STATE of Missouri, Respondent,

v.

John MARSHALL, Appellant.

No. ED 99633.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 2, 2014.

Srikant Chigurupati, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., Jennifer A. Rodewald, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before: CLIFFORD H. AHRENS, P.J., LAWRENCE E. MOONEY, J., and GLENN A. NORTON, J.

### ORDER

PER CURIAM.

The defendant, John Marshall, appeals the judgment and sentence entered by the Circuit Court of the City of St. Louis following his conviction by a jury of three counts of unlawful possession of a firearm, in violation of section 571.070 RSMo. (Supp.2013). The trial court sentenced the defendant to concurrent sentences of seven years of imprisonment each on counts I and II, plus a consecutive sentence of two years on count III. Finding no error, we affirm.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the trial court's judgment. Rule 30.25(b).